| B104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING (Court Use Only) |
|---|---|---|

| PLAINTIFFS<br>FOX FUELS RETAIL GROUP, LLC | DEFENDANTS<br>MEX RE-SW-TX LLC, MOUNTAIN EXPRESS OIL COMPANY, and BLUE OWL REAL ESTATE CAPITAL LLC (f/k/a OAK STREET REAL ESTATE CAPITAL, LLC) |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Lloyd A. Lim, Rachel T. Kubanda, Michelle Friery; Kean Miller, LLP; 711 Louisiana Street, Suite 1800, Houston, Texas 77002; (713) 844-3000 | ATTORNEYS (If Known) |

PARTY (Check one box only)   [✔] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 U.S. NOT A PARTY

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Preliminary Injunction, Permanent Injunction, and Declaratory Relief pursuant to 11 U.S.C. § 105 and Federal Rule of Civil Procedure 7065

**NATURE OF SUIT**
(Check the one most appropriate box only.)

- [ ] 454 To Recover Money or Property
- [ ] 435 To Determine Validity, Priority, Extent of a Lien or Other Interest in Property
- [ ] 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- [ ] 424 To object or to revoke a discharge 11 U.S.C. § 727
- [ ] 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- [ ] 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- [✔] 434 To obtain an injunction or other equitable relief
- [ ] 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- [ ] 456 To obtain a declaratory judgment relating to any of the foregoing causes of action
- [ ] 459 To determine a claim or cause of action removed to a bankruptcy court
- [ ] 498 Other (specify)

ORIGIN OF PROCEEDINGS (Check one box only.)   [✔] 1 Original Proceeding   [ ] 2 Removed Proceeding   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from Another Bankruptcy Court   [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND | OTHER RELIEF SOUGHT<br>Injunction; Declaratory Relief | [ ] JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>MOUNTAIN EXPRESS OIL COMPANY, et al., | BANKRUPTCY CASE NO.<br>23-90147 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Southern District of Texas | DIVISIONAL OFFICE<br>Houston | NAME OF JUDGE<br>David R. Jones |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE   (Check one box only.)   [✔] FEE ATTACHED   [ ] FEE NOT REQUIRED   [ ] FEE IS DEFERRED

| DATE<br>09/12/2023 | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|