IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, *et al.*,<br><br>Debtors.[1] | Chapter 7 (Converted)<br><br>Case No. 23-90147 (EVR)<br><br>(Jointly Administered) |
| FOX FUELS RETAIL GROUP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEX RE-SW-TX LLC, MOUNTAIN EXPRESS OIL COMPANY, BLUE OWL REAL ESTATE CAPITAL LLC (f/k/a OAK STREET REAL ESTATE CAPITAL, LLC),<br><br>    Defendants. | Adversary No. 23-03204 |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Fox Fuels Retail Group, LLC (hereinafter, "Fox Fuels") files this *Notice of Dismissal* (the "Notice") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable by Federal Rule of Bankruptcy Procedure 7041.

---

[1] A complete list of each of the Debtors in these Chapter 7 cases may be obtained on the Court's website at www.exf.txsb.uscourts.gov. The location of Debtor Mountain Express oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite, Alpharetta, GA 30022

1. On September 12, 2023, Fox Fuels filed its *Complaint for Preliminary Injunction and Declaratory Relief Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 7065* [Doc. No. 1, subsequently amended at Doc. No. 5] (the "Complaint") against Defendants MEX RE-SW-TX LLC, Mountain Express Oil Company, and non-debtor Blue Owl Real Estate Capital LLC (f/k/a Oak Street Real Estate Capital, LLC) (collectively, the "Defendants").

2. Defendants have not yet served an answer to the Complaint or filed a motion for summary judgment.

3. This case is not a class action under Rule 23 of the Federal Rules of Civil Procedure, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for the dismissal of the case.

6. Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claims as those presented in this case.

7. Plaintiff is filing this Notice because it has been able to negotiate an amicable resolution with SQRL Service Stations LLC.

8. This dismissal is without prejudice.

*[Signature on Following Page]*

Dated: November 16, 2023                Respectfully submitted:

                                                                  KEAN MILLER LLP

By:   */s/ Rachel Thompson Kubanda*
      Lloyd A. Lim
      Texas State Bar No. 24056871
      Lloyd.Lim@keanmiller.com
      Rachel Thompson Kubanda
      Texas State Bar No. 24093258
      Rachel.Kubanda@keanmiller.com
      Michelle V. Friery
      Texas State Bar No. 24040934
      Michelle.Friery@keanmiller.com
      KEAN MILLER LLP
      711 Louisiana Street, Suite 1800
      Houston, Texas 77002
      Telephone: (713) 844-3000
      Telecopier: (713) 844-3030

      ***Attorneys for Fox Fuels Retail Group, LLC***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on November 16, 2023, a copy of the foregoing document served to all parties entitled to receive notices through the Court's electronic notification system as permitted by Local Rules of the U.S. Bankruptcy Court for the Southern District of Texas, and by email to the following:

| | |
|---|---|
| Joshua Daniel Fuller | Janet S. Casciato-Northrup |
| Christopher B. Trowbridge | Heather Heath McIntyre |
| BELL NUNNALLY & MARTIN | Wayne Kitchens |
| 2323 Ross Avenue | HUGHES WATTERS ASKANASE LLP |
| Dallas, TX 75201 | 1201 Louisiana, 28th Floor |
| 214-740-1433 | Houston, Texas 77002 |
| 214-740-1499 | Email: jln@hwa.com |
| Email: jfuller@bellnunnally.com | Email: HMcIntyre@hwallp.com |
| Email: ctrowbridge@bellnunnally.com | Email: jwk@hwallp.com |
| Attorneys for Blue Owl Real Estate Capital, | |
|  (f/k/a Oak Street Real Estate Capital, LLC) | |

                                            */s/ Rachel Kubanda*
                                            Rachel Kubanda