United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90147 |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| **FOX FUELS RETAIL GROUP, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3204 |
| | § | |
| **MEX RE-SW-TX LLC** | § | |
| and | § | |
| **MOUNTAIN EXPRESS OIL COMPANY** | § | |
| and | § | |
| **BLUE OWL REAL ESTATE CAPITAL** | § | |
| **LLC (F/K/A OAK STREET REAL ESTATE** | § | |
| **CAPITAL, LLC),** | § | |
| | § | |
| Defendants. | § | |

## ORDER CANCELLING
*Resolving ECF No. 29*

The Electronic Status Conference[1] currently set for November 20, 2023, is hereby **CANCELLED.**

SIGNED November 17, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 29.