United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90147 |
| MOUNTAIN EXPRESS OIL COMPANY, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| FOX FUELS RETAIL GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3204 |
| | § | |
| MEX RE-SW-TX LLC | § | |
| and | § | |
| MOUNTAIN EXPRESS OIL COMPANY | § | |
| and | § | |
| BLUE OWL REAL ESTATE CAPITAL | § | |
| LLC (F/K/A OAK STREET REAL ESTATE | § | |
| CAPITAL, LLC), | § | |
| | § | |
| Defendants. | § | |

## ORDER CANCELLING
*Resolving ECF No. 29*

The Electronic Status Conference[1] currently set for November 20, 2023, is hereby **CANCELLED.**

SIGNED November 17, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 29.

United States Bankruptcy Court

Southern District of Texas

Fox Fuels Retail Group, LLC,
    Plaintiff

MEX RE-SW-TX LLC,
    Defendant

Adv. Proc. No. 23-03204-evr

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Nov 17, 2023      Form ID: pdf002      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Blue Owl Real Estate Capital LLC (f/k/a Oak Street, Chicago, IL 60606 |
| pla | + | Fox Fuels Retail Group, LLC, Lloyd A. Lim, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| dft | + | MEX RE-SW-TX LLC, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |
| dft | + | Mountain Express Oil Company, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher B Trowbridge | on behalf of Defendant Blue Owl Real Estate Capital LLC (f/k/a Oak Street Real Estate Capital LLC) ctrowbridge@bellnunnally.com |
| Joshua Daniel Fuller | on behalf of Defendant Blue Owl Real Estate Capital LLC (f/k/a Oak Street Real Estate Capital LLC) jfuller@bellnunnally.com, nblum@bellnunnally.com |
| Lloyd A. Lim | on behalf of Plaintiff Fox Fuels Retail Group  LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf002 | Total Noticed: 4 |

Michelle Valadares Friery
    on behalf of Plaintiff Fox Fuels Retail Group  LLC michelle.friery@keanmiller.com, mcohn@craincaton.com;JSlocum@craincaton.com;cevangelista@craincaton.com

Rachel Thompson Kubanda
    on behalf of Plaintiff Fox Fuels Retail Group  LLC rachel.kubanda@keanmiller.com, kskelton@balch.com;michelle.friery@keanmiller.com;mack.wilson@keanmiller.com;vanessa.gonzalez@keanmiller.com

TOTAL: 5